

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00291-CR

DARIUS DAMASCUS BRIGGS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 435th District Court of Montgomery County. (Tr. Ct. No. 12-04-03646-CR).

**TO THE 435TH DISTRICT COURT OF MONTGOMERY COUNTY, GREETINGS:**

Before this Court, on the 18th day of December 2014, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on February 26, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered December 18, 2014.

Panel consists of Justices Higley, Bland, and Sharp. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 27, 2015

Date

_Christopher A. Prine_

CHRISTOPHER A. PRINE
CLERK OF THE COURT

